# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title :** Efren Ibarra | **Case No :** 10-64664 - B - 13 |
| | **Date :** 4/6/11 |
| | **Time :** 01:00 |

**Matter :** [18] - Motion/Application to Dismiss Case for Unreasonable Delay That is Prejudicial to Creditors [MHM-1] Filed by Trustee Michael H. Meyer (cwaf)
[18] - Motion/Application to Dismiss Case for Failure to File Documents [MHM-1] Filed by Trustee Michael H. Meyer (cwaf)
[18] - Motion/Application to Dismiss Case for Failure to Provide Tax Documents [MHM-1] Filed by Trustee Michael H. Meyer (cwaf)

**Judge :** W. Richard Lee
**Courtroom Deputy :** Jennifer Dauer
**Reporter :** Karen Griswold
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

The chapter 13 trustee's motion to dismiss was fully noticed in compliance with the Local Rules and there is no opposition. Accordingly,

IT IS ORDERED that the motion is granted without oral argument.

IT IS FURTHER ORDERED that the case is dismissed for cause shown.

Dated: April 07, 2011

W. Richard Lee
United States Bankruptcy Judge